**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN SOUTHERN
INSURANCE COMPANY,

    Plaintiff,

vs.                                             Case No. 3:14-cv-1312-J-34JBT

ENVIRONMENTAL INNOVATIONS, INC.,
and JOHN FRENCH,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 26; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on May 20, 2015. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Motion for Entry of Default Judgment and Injunctive Relief (Dkt. No. 16; Motion) be granted, in part, and denied, in part. See Report at 17-18. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 26) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Judgment and Injunctive Relief (Dkt. No. 16) is **GRANTED, in part**, as follows:

    a. The Clerk of the Court is directed to enter judgment in favor of Plaintiff American Southern Insurance Company and against Defendants Environmental Innovations, Inc., 4593 Tarragon Ave., Middleburg, Florida 32068, and John French, 4593 Tarragon Ave., Middleburg, Florida 32068, jointly and severally, in the total amount of $132,665.21, plus costs pursuant to 28 U.S.C. § 1920. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

    b. Defendants Environmental Innovations, Inc. and John French shall post with Plaintiff American Southern Insurance Company collateral, jointly and severally, in the amount of $80,000.00 no later than **August 24, 2015**. The Court retains jurisdiction to enforce this Order.

    c. Plaintiff may file a motion for attorneys' fees no later than **July 22, 2015**.

     d. The Clerk of the Court is further directed to terminate any pending motions and close the file.

  3. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of June, 2015.

           *[signature]*
           MARCIA MORALES HOWARD
           United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Environmental Innovations, Inc.
4593 Tarragon Avenue
Middleburg, FL 32068

John French
4593 Tarragon Avenue
Middleburg, FL 32068