**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN SOUTHERN
INSURANCE COMPANY,

      Plaintiff,

vs.                                         Case No.  3:14-cv-1312-J-34JBT

ENVIRONMENTAL INNOVATIONS, INC.,
and JOHN FRENCH,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 53; Report), entered on November 2, 2015.  In the Report, Magistrate Judge Toomey recommends that Plaintiff's Amended Motion for Attorneys' Fees and Costs (Dkt. No. 50) be granted.  See Report at 8.  No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 53) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Amended Motion for Attorneys' Fees and Costs (Dkt. No. 50) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff American Southern Insurance Company and against Defendants Environmental Innovations, Inc., 4593 Tarragon Ave., Middleburg, Florida 32068, and John French, 4593 Tarragon Ave., Middleburg, Florida 32068, jointly and severally, in the total amount of $7,818.50, representing $7,591.00 in attorneys' fees and $227.50 in costs. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of December, 2015.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Environmental Innovations, Inc.
4593 Tarragon Ave.
Middleburg, FL 32068

John French
4593 Tarragon Ave.
Middleburg, FL 32068